## Order

# VIRGINIA:

In the Court of Appeals of Virginia on Tuesday the 2nd day of February, 1993.

Gerald G. Carter, Appellant,

against

Extra's Inc., Appellee.

Before Chief Judge Koontz, Judges Baker, Barrow, Benton, Coleman, Moon, Willis, Elder, Bray, and Fitzpatrick.

COUNSEL

Claire E. Curry (Charlottesville — Albemarle Legal Aid Society, on briefs), for appellant.

Roger S. Martin (McGuire, Woods, Battle & Boothe, on brief), for appellee.

## UPON REHEARING EN BANC

OPINION

This cause was reviewed on rehearing en banc, and, upon consideration of the arguments of counsel and the full record in this case, the judgment of the trial court entered on April 26, 1991 is affirmed, without opinion, by an equally divided court. Accordingly, the opinion previously rendered by a panel of this Court on June 2, 1992 is withdrawn and the mandate entered that date is vacated. The appellant shall pay to the appellee thirty dollars damages.